U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2012 JUN 21  A 11: 26

[illegible clerk stamp]

June 18, 2012


Office of the Clerk
United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

**RE:  USA v. Eaton
       Case No. 98-CR-140**

Dear Clerk:

Jurisdiction of the above-referenced case was transferred to the District of North Dakota, on or about July 8, 2002. I would like to obtain a copy of the docket sheet showing all entries prior to the transfer of jurisdiction. Please send to me or advise how it may be obtained.

Thank you for your assistance with my inquiry.

Very truly yours,

[signature]

Clifford Eaton
Reg. No. 12878-074
FCI-Otisville
P.O. Box 1000
Otisville, NY 10963


6/22/12
Copy of docket sheet
sent to Mr. Eaton
at above address.
K Fink Deputy Clerk